IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE L. BROWN, | No. C 89-3601 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE JUDGMENT** |
| v. | |
| JACK J. WILLIAMS M.D, *et al.*, | |
| Defendants. | |

On June 23, 2008, plaintiff filed a "Request for Judicial Notice and Motion to Enforce Judgment Writ of Execution." (Docket No. 158). Plaintiff seeks to execute a judgment entered on November 19, 1992 in the amount of $25,000 against defendant Williams. Plaintiff has attached numerous documents to the motion, including a copy of a March 12, 2001 order by Judge Legge denying an earlier, similar motion to enforce the 1992 judgment. As Judge Legge stated in the March 12, 2001 order, there is no judgment presently in effect because on March 24, 1995 the Court granted defendants' motion to set aside the November 19, 1992 judgment. Thereafter, on March 11, 1997, the Court granted defendants' motion for summary judgment and entered a judgment on all claims in favor of defendants and against plaintiff *See* Docket No. 100, 147, 148.

Accordingly, plaintiff is informed that the November 19, 1992 judgment against defendant Williams is not in effect, that this case is closed, and that no further filings shall be accepted. Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated: June 30, 2008

SUSAN ILLSTON
United States District